UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-184M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| METIN SADO, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Misuse of a Passport (felony)

<u>Date of Detention Hearing</u>:  Initial Appearance April 14, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged by complaint in the Southern District of California with

01 Misuse of a Passport. The charges were filed in March, 1999. Defendant has waived an identity

02 hearing, and an Order of Transfer has been signed.

03     (2)    Defendant was not interviewed by Pretrial Services. He is believed to have been

04 born in Turkey and is a naturalized citizen of the United States. No additional information is

05 available regarding his personal history, residence, family ties, ties to this District, income, financial

06 assets or liabilities, physical/mental health or controlled substance use if any.

07     (3)    The defendant's criminal history includes prior offenses including assault with a

08 firearm, theft, possession of marijuana over 5 kg, and possession of counterfeit currency. There

09 is an active bench warrant from Rhode Island for violation of suspended sentence.

10     (4)    The defendant poses a risk of nonappearance due to unknown background

11 information, unknown ties to this District, the nature of the instant offense and the active warrant.

12 He poses a risk of danger due to his criminal history.

13     (5)    Defendant does not contest detention at this time.

14     (6)    There does not appear to be any condition or combination of conditions that will

15 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

16 to other persons or the community.

17 It is therefore ORDERED:

18     (1)    Defendant shall be detained pending trial and committed to the custody of the

19     Attorney General for confinement in a correction facility separate, to the extent

20     practicable, from persons awaiting or serving sentences or being held in custody

21     pending appeal;

22     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER    15.13  
18 U.S.C. § 3142(i)    Rev. 1/91  
PAGE 2

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  14th  day of  April , 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge